UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. CR09-279-RAJ |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | SUMMARY REPORT OF U.S. |
| MICHAEL JOSEPH GRUNDER, ) | MAGISTRATE JUDGE AS TO |
| ) | ALLEGED VIOLATIONS |
| Defendant. ) | OF SUPERVISED RELEASE |
| ) | |

An initial hearing on supervised release revocation in this case was scheduled before me on July 22, 2011. The United States was represented by AUSA Thomas Woods and the defendant by Jay Stansell. The proceedings were digitally recorded.

Defendant had been sentenced on or about May 18, 2009, by the Honorable John A. Houston of the Southern District of California on a charge of Transportation of Illegal Aliens without Presentation and Aiding and Abetting, and sentenced to four months custody, three years supervised release. (Dkt. 3 at 4.) Jurisdiction was transferred to this Court on August 20, 2009, for defendant to complete his term of supervised release. (Dkt. 1)

/ / /

The conditions of supervised release included the standard conditions plus the requirements that defendant submit to search, not enter the Republic of Mexico without permission, report all vehicles owned or operated, provide a complete disclosure of personal and business financial records, complete 400 hours of community service, and comply with the conditions of the House Arrest Program for 4 months.   (Dkt. 3 at 7.)

The conditions of supervision were modified on February 11, 2010, to require defendant to submit to drug testing, participate in a substance abuse program, and abstain from alcohol. (Dkt. 4.) The requirement that defendant perform 400 hours of community service hours was modified on July 20, 2010, to expand the nature of the programs that would satisfy the requirement. (Dkt. 5.)

In an application dated June 21, 2011 (Dkt. 6, 7), U.S. Probation Officer Monique D. Neal alleged the following violation of the conditions of supervised release:

1. Failing to complete 400 hours of community service as directed, in violation of the special condition requiring him to do so.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted the violation and waived any evidentiary hearing as to whether it occurred.  Defendant proffered information showing the completion of additional community service hours since the filing of the violation report.

I therefore recommend the Court find defendant violated his supervised release as alleged, and that the Court conduct a hearing limited to the issue of disposition.  The next hearing will be set before Judge Jones.

/ / /

01  Pending a final determination by the Court, defendant has been released on supervision.

02  DATED this 22nd day of July , 2011.

                                    /s/ Mary Alice Theiler
                                    Mary Alice Theiler
                                    United States Magistrate Judge

08  cc:    District Judge:          Honorable Richard A. Jones
           AUSA:                    Thomas Woods
09         Defendant's attorney:    Jay Stansell
           Probation officer:       Monique D. Neal